# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

**DEANNA SEBRANEK,**

          **Plaintiff,**

**vs.**                                                 Case No.: 19-cv-213

**ANDREW SAUL,**
**Commissioner of Social Security,**

          **Defendant.**

## NOTICE OF APPEAL

***Notice is hereby given*** that Deanna Sebranek, by her attorney, Dana W. Duncan, Duncan Disability Law, S.C., plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit, an order dated October 13, 2020 and the judgment dated October 13, 2020 by Magistrate Judge Stephen Crocker which affirmed the decision of the Defendant, Andrew Saul, Commissioner of Social Security, denying plaintiff's application for disability insurance benefits under 42 U.S.C. §§ 216(i) and 223.

Dated this 10th day of December, 2020.

                                                  **DUNCAN DISABILITY LAW, S.C.**
                                                  Attorneys for the Plaintiff

                                                  /s/ Dana W. Duncan
                                                  _____
                                                  Dana W. Duncan
                                                  State Bar I.D. No.
                                                  01008917 555 Birch St
                                                  Nekoosa, WI 54457
                                                  (715) 423-4000